IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHERRY DANDISON and RICHARD ORCHARD,
individually and on behalf of all others
similarly situated                                                                PLAINTIFFS

v.                              No. 4:15-cv-62-DPM

HANK'S FURNITURE, INC.                                                DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice. To implement the parties' stipulation, the Court retains jurisdiction over settlement-related matters until 15 March 2016.

_____
D.P. Marshall Jr.
United States District Judge

23 December 2015